WARREN JOHN WEST, OSB No. 73322
Law Office of Warren John West
Irving Professional Building
160 NW Irving
Bend, OR 97701
Phone: (541) 382-1955
Facsimile: (541) 382-0961
Email: wjw@warrenjohnwest.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RONALD R. RICE,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC., an Illinois corporation, and HYUNDAI HEAVY INDUSTRIES, CO., LTD., a Korean corporation,<br><br>    Defendants. | Case No. 6:14-cv-02048-AA<br><br>STIPULATED LIMITED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC. |

    Based upon the stipulation of the parties here that Defendant Hyundai Construction Equipment Americas, Inc,. is not connected to this case, and it appearing to the Court that Defendant Hyundai Construction Equipment Americas, Inc., is not a proper party,

///

///

///

///

Page 1 – STIPULATED LIMITED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC

1   IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned
2   case is dismissed without prejudice, each party to bear their own costs and attorney
3   fees, as to Defendant Hyundai Construction Equipment Americas, Inc., ONLY.
4   DATED this 17 day of March, 2015.

_____
U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

/s/ Warren John West                          March 16, 2015
WARREN JOHN WEST, OSB#733224     Dated
Attorney for Plaintiff


/s/ Thomas W. Purcell                          March 16, 2015
THOMAS W. PURCELL, OSB#114938   Dated
Of attorneys for Defendants

Page 1 – STIPULATED LIMITED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC